**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION )<br>OF MACHINISTS AND AEROSPACE )<br>WORKERS, DISTRICT LODGE 4, )<br>LOCAL LODGE S25 )<br>)<br>        **Plaintiffs,** )<br>v. )<br>)<br>JDD, INC., )<br>)<br>        **Defendant** ) | No. 2:18-cv-00121-GZS |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed November 14, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Vacate the Arbitration Award (ECF No. 20) is **DENIED**.

                                                                  /s/ George Z. Singal
                                                                   United States District Judge

Dated this 29th day of November, 2018.