UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION  )<br>OF MACHINISTS AND AEROSPACE  )<br>WORKERS, DISTRICT LODGE 4,  )<br>LOCAL LODGE S25,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>JDD, INC.,  )<br>  )<br>        Defendant  ) | No.   2:18-cv-00121-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 32) filed May 15, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Attorney's Fees (ECF No. 26) is hereby **DENIED**.

                                        /s/ George Z. Singal
                                        United States District Judge

Dated this 3rd day of June, 2019.